AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Fidelity National Title Insurance Company,<br><br>*Plaintiff*<br><br>v.<br><br>Wendell L. Hawkins P,A.,<br><br>*Defendants,* | )<br>)<br>)<br>)  Civil Action No.   6:16-cv-02758-MGL<br>)<br>) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☒ other: the plaintiff's motion to compel arbitration is granted. This case is dismissed.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

☒ decided by the Honorable Mary Geiger Lewis.

Date:   November 29, 2016                                              *ROBIN L. BLUME, CLERK OF COURT*

                                                                                                            s/Ashley Buckingham
                                                                                                    *Signature of Clerk or Deputy Clerk*